IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEJANDRO HUITRON
MARTINEZ,

   Plaintiff,

  v.

STATE OF GEORGIA,

   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1609-TWT

**ORDER**

This is a pro se prisoner mandamus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action without prejudice. The Plaintiff's objections apparently relate to his desire to file motions in his state case. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of July, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Martinez\r&r.wpd